

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-19CR-093-D |
| DAVIN SETH WATERS | |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Transportation of Minors with Intent to Engage in Criminal Sexual Activity
(Violation of 18 U.S.C. § 2423(a))

Beginning in or about November 2017, and continuing until in or about June 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Davin Seth Waters**, defendant, did knowingly transport individuals, MV1 and MV2, who had not attained the age of 18 years, in interstate commerce with the intent that MV1 and MV2 engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

**Davin Seth Waters**
**Indictment - Page 1**

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446
Telephone:   806-324-2356
Facsimile:     806-324-2399
E-Mail:          sean.taylor@usdoj.gov

**Davin Seth Waters**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DAVIN SETH WATERS

INDICTMENT

COUNT 1:   TRANSPORTATION OF MINORS WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY
Title 18, United States Code, Section 2423(a).

(1 COUNT)

A true bill rendered:

Amarillo _____ Foreperson

Filed in open court this 20th day of June, A.D. 2019.

_____ Clerk

ARREST WARRANT OUTSTANDING
(Magistrate Case No. 2:19-MJ-103 filed 6/3/2019)

_____
UNITED STATES MAGISTRATE JUDGE