IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:19-CR-093-D |
| DAVIN SETH WATERS | |

MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. *Eligibility of Case*.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

    \_\_\_\_\_ A crime of violence as defined in 18 U.S.C. § 3156(a)(4). (18 U.S.C. § 3142(f)(1)(A)).
    \_\_\_\_\_ An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).
    \_\_\_\_\_ A controlled substance offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).
    \_\_\_\_\_ A felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).
    \_\_X\_\_ A felony that involves a minor victim or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).
    \_\_\_\_\_ A felony that involves the possession or use of a firearm, destructive device, or any other dangerous weapon. (18 U.S.C § 3142(f)(1)(E)).
    \_\_\_\_\_ A serious risk defendant will flee. (18 U.S.C § 3142(f)(2)(A)).
    \_\_\_\_\_ A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142 (f)(2)(B)).

**Motion for Pretrial Detention and Continuance – Page 1**

2. ***Reason for Detention.***  The Court should detain defendant, under 18 U.S.C. § 3142(e), because no condition or combination of conditions will reasonably assure:

     X   Defendant's appearance as required.
     X   Safety of any other person and the community.

3. ***Rebuttable Presumption.***  The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is:

   \_\_\_\_\_ Probable cause to believe defendant committed 10 + year drug offense or firearms offense under 18 U.S.C. § 924(c).  (18 U.S.C. § 3142(e)).
   \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond.  (18 U.S.C. § 3142(e)).
   \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5).  (18 U.S.C. § 3142(e)).
     X   Probable cause to believe defendant committed a qualifying offense involving a minor victim.  (18 U.S.C. § 3142(e)).

4. ***Time for Detention Hearing***.  The United States requests the Court conduct the detention hearing:

   \_\_\_\_\_ At first appearance.
     X   After continuance of three days.
   \_\_\_\_\_ Moot at this time as defendant is in state custody.  Hearing requested if detention becomes a viable issue.

**Motion for Pretrial Detention and Continuance – Page 2**

5. ***Eligibility for 10-Day Temporary Detention:*** The court may temporarily detain the defendant to permit revocation of conditional release, deportation, or exclusion because:

A. i) _____ The defendant is, and was at the time the offense was committed:

_____ on release pending trial for a felony under federal, state, or local law;

_____ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for any offense under federal, state, or local law;

_____ on probation or parole for any offense under federal, state, or local law; or

ii) _____ The defendant is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20);

B. And the defendant:

_____ may flee; or
_____ pose a danger to any other person or the community.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Sean J. Taylor
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas  79101
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-Mail:         sean.taylor@usdoj.gov