✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN     DISTRICT OF     TEXAS

USA

V.

Davin Seth Waters

## EXHIBIT AND WITNESS LIST

Case Number:  2:19-CR-93-Z-BR

| PRESIDING JUDGE Kacsmaryk | | PLAINTIFF'S ATTORNEY Sean Taylor | | | DEFENDANT'S ATTORNEY Dean Roper |
|---|---|---|---|---|---|
| TRIAL DATE (S) 6/25/2020 | | COURT REPORTER S. Morrison | | | COURTROOM DEPUTY V.Shrewsbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/25/2020 | X | X | Court submission of Exhibit A - Victim Impact Statement from Sarah McCune |
| | | 6/25/2020 | X | X | Court Submission of Exhibit B - Victim Impact Statement from Mike McCune |
| | | 6/25/2020 | X | X | Court Submission of Exhibit C - Victim Impact Statement from Ana Torres |
| | | 6/25/2020 | X | X | Court Submission of Exhibit D - Victim Impact Statement from Lisa Sutherland |
| | | 6/25/2020 | X | X | Court Submission of Exhibit E - Government Character letter from Corben Waters |
| | | 6/25/2020 | X | X | Court Submission of Exhibit F - Government Character letter from Elizabeth Waters |
| | | 6/25/2020 | X | X | Court Submission of Exhibit 1 - Defendant Charater letters |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.