IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § | No. 2:19-CR-093-Z-BR |
| **DAVIN SETH WATERS** | | |

### DEFENDANT'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, Defendant DAVIN SETH WATERS, by and through his undersigned counsel, hereby gives notice that he will appeal the judgment of conviction and sentence in this matter to the United States Court of Appeals for the Fifth Circuit. The notice is timely under Rule 4(b) of the Federal Rules of Appellate Procedure.

Respectfully Submitted,

/s/ *William R. Biggs*
William R. Biggs
WILLIAM R. BIGGS, PLLC
115 W. 2nd St., Suite 202
Fort Worth, TX 76102
817.332.3822 (t)
817.332.2763 (f)
wbiggs@williambiggslaw.com
TX Bar No. 24052832

## CERTIFICATE OF SERVICE

      I, WILLIAM R. BIGGS, hereby certify that on July 9, 2020, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic filing system for the court.

                                                   */s/ William R. Biggs*
                                                   WILLIAM R. BIGGS